ISAAC REISNER, Doing Business as FEDERAL BRUSH COMPANY, Respondent, v. 749 BROADWAY REALTY CORPORATION et al., Appellants.

Supreme Court, Appellate Term, First Department, December 16, 1954.

*Jerome I. Hyman* and *Julius B. Sucher* for appellants.

*Abraham Burstein* for respondent.

*Per Curiam.* The right to costs is governed by the statute in effect when the right to costs accrues, not that in effect when the action is begun. (*Defendorf* v. *Defendorf*, 42 App. Div. 166; *Dreyer* v. *Shapiro*, 143 Misc. 170; *Galante* v. *Dae Mfg. Co.*, N. Y. L. J., June 4, 1954, p. 7, col. 2.) Since the plaintiff's recovery was less than $1,500, the amount prescribed by subdivision 2 of section 1474 of the Civil Practice Act, when the costs were taxed, it was error to allow costs.

The judgment should be modified by striking therefrom the sum of $253.08, costs as taxed, and as modified affirmed, without costs.

HAMMER, HOFSTADTER and HECHT, JJ., concur.

Judgment accordingly.